UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOUIS C. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1790 JCH (FRB) |
| ) | |
| MICHAEL J. ASTRUE[1], ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Report and Recommendation entered March 1, 2007, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 13th day of March, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] In accordance with the Order entered this day, Michael J. Astrue has been substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.